IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CHRISTOPHER MAAS, on behalf of People of Nebraska;

        Plaintiff,

vs.

STATE OF NEBRASKA,

        Defendant.

4:22CV3113

**MEMORANDUM AND ORDER**

On July 18, 2022, the Court ordered Plaintiff to pay the $402.00 filing and administrative fees or file a signed request for leave to proceed in forma pauperis that complies with 28 U.S.C. § 1915 within 30 days or face dismissal of this action. To date, Plaintiff has not paid the fees, submitted a signed request for leave to proceed in forma pauperis, or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

Dated this 1st day of September, 2022.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge